## DISCIPLINARY DOCKET

**96–1996. Mahoning Cty. Bar Assn. v. Mogul.**

This cause came on for further consideration upon the filing by respondent on July 26, 1999, of an application for reinstatement and application for termination of probation. On September 23, 1999, relator filed a motion for leave to respond to application for reinstatement and a response to respondent's application for reinstatement. On September 30, 1999, respondent filed a motion for leave to file reply to relator's response and a reply memo to relator's response. Upon consideration thereof,

IT IS ORDERED by this court, effective October 29, 1999, that respondent's application for reinstatement and application for termination of probation will not be considered by this court until respondent submits current psychiatric reports for the court's review.

IT IS FURTHER ORDERED, *sua sponte*, that all documents filed with this court in this case shall meet the filing requirements set forth in the Rules of Practice of the Supreme Court of Ohio, including requirements as to form, number, and timeliness of filings.

IT IS FURTHER ORDERED, *sua sponte*, that service shall be deemed made on respondent by sending this order, and all other orders in this case, by certified mail to the most recent address respondent has given to the Attorney Registration Office.

IT IS FURTHER ORDERED that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1).

F.E. SWEENEY, J., dissents.

**99–1109. Disciplinary Counsel v. Doe.**

On June 14, 1999, movant, Disciplinary Counsel, filed a motion requesting this court to issue an order directing respondent to appear and show cause why he should not be held in contempt for failing to comply with requests for information and with a subpoena *duces tecum* issued by the Board of Commissioners on Grievances and Discipline. On September 17, 1999, this court granted the motion to the extent that respondent was ordered to file a written response within twenty days of the order why he should not be held in contempt. On October 7, 1999, respondent filed a response to the show cause order. Upon consideration thereof,

IT IS ORDERED by this court, effective October 29, 1999, that respondent be and hereby is ordered to cooperate in the disciplinary investigation and to respond to the discovery requests in this matter.